# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JIANMING JIANG | )<br>)<br>) |
| LIGUO DING | )<br>)<br>) |
| CHUNQIU DUAN | )<br>)<br>) |
| YONGQIANG SONG | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 3:17-cv-02011-SRU |
| MATSU CORP.<br>    d/b/a Matsu Sushi Restaurant, | )<br>)<br>) |
| | ) February 27, 2018 |
| KIM MING "MARTY" CHENG, | )<br>)<br>) |
| ZIQIAO "MICHAEL" CAO | )<br>)<br>) |
| Defendants. | )<br>) |

## MOTION FOR ENTRY OF DEFAULT

The Defendants, despite having been properly served on January 8th, 2018 (Doc #11), and Defendant Cheng having been served again on January 14th, (Doc. #12), have not entered an appearance in this case or responded to the Complaint in any way, and therefore have failed to plead or otherwise defend this case. The Plaintiff therefore respectfully requests that the Clerk issue an entry of default against the Defendants pursuant to Rule 55(a) and set a deadline of March 19, 2018 for Plaintiffs to file a Motion for Default Judgment.

        Respectfully submitted,

        The Plaintiff

        By: /s/ James Bhandary-Alexander
        James Bhandary-Alexander (ct05727)
        New Haven Legal Assistance Association
        426 State Street
        New Haven, CT 06510
        (203) 946-4811
        (203) 498-9271 fax
        jbhandary-alexander@nhlegal.org
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2018, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ James Bhandary-Alexander