UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JIANMING JIANG, et al.,<br>    Plaintiffs,<br><br>v.<br><br>MATSU CORP., et al.,<br>    Defendants. | No. 3:17-cv-02011 (SRU) |

### ORDER GRANTING PREJUDGMENT REMEDY

On June 11, 2018, I held a hearing with the parties in the above-captioned case. The parties stipulated to a prejudgment remedy consisting of a lien on Matsu Corp. d/b/a Matsu Sushi Restaurant in favor of the plaintiffs in the amount of $250,000 to attach to Matsu Corp. d/b/a Matsu Sushi Restaurant.

So ordered.

Dated at Bridgeport, Connecticut, this 11th day of June 2018.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge