UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

|  |  |
|---|---|
| JIANMING JIANG; <br> LIGUO DING; <br> CHUNQIU DUAN; and <br> YONGQIANG SONG, <br><br> Plaintiffs, <br><br> v. <br><br> MATSU CORP.; <br> KIM MING "MARTY" CHENG; and <br> ZIQIAO "MICHAEL" CAO, <br><br> Defendants. | Civil Action No. 3:17-cv-02011 <br><br> June 18, 2019 |

**PLAINTIFFS' WITHDRAWAL OF MOTION FOR MODIFICATION OF PREJUDGMENT REMEDY**

Plaintiffs previously moved the court to modify the existing prejudgment remedy to encompass Defendants Cheng and Cao, individually. Doc. # 88. Plaintiffs so moved because the Defendants closed down their restaurant without notice, potentially rendering the existing lien on the restaurant worthless. Defendant Cheng has now reopened the restaurant himself and it has remained open for several weeks. Therefore, Plaintiffs withdraw their motion to modify. Defendants do not object to this withdrawal.

RESPECTFULLY SUBMITTED
THE PLAINTIFFS

By: _/s/_____
James Bhandary-Alexander, ct28135
New Haven Legal Assistance Association
205 Orange St
New Haven, CT 06510
(203) 946-4811 (x 136)
jbhandary-alexander@nhlegal.org
Plaintiffs' Counsel

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2019, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_/s/_____

James Bhandary-Alexander