UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JIANMING JANG, LIGUO DING,
CHUNQUIU DUAN, YONGQUIANG
SONG

    v.                                        Civil No. 3:17-CV-2011 (RMS)

MATSU CORP., KIM MING CHENG,
ZIQUIAO CAO

**JUDGMENT**

      This matter came before the Honorable Robert M. Spector, United States District Magistrate Judge, on plaintiffs' consented motion for judgment based on the ADR settlement. The Court has reviewed all the papers filed in conjunction with the motion, and on January 22, 2020, entered an Order granting the motion consistent with the terms of the settlement agreement approved by the Court on November 22, 2019.

      It is therefore;

ORDERED, ADJUDGED and DECREED that judgment is entered in favor of plaintiffs against each defendant, in the amount of $200,000.

      Dated at New Haven, Connecticut, this 23rd day of January 2020.

                                                                            ROBIN D. TABORA, CLERK
                                                                           By:

                                                                             _____/s/_____
                                                                            Joanne Pesta
                                                                            Deputy Clerk

EOD:   <u>1/23/20</u>